JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WESLEY ALARCIO, <u>et al.</u>, | ) | Case No. CV 20-6235 FMO (MRWx) |
| Plaintiffs, | ) | |
| v. | ) | **ORDER RE: CONSOLIDATION** |
| COUNTY OF LOS ANGELES, <u>et al.</u>, | ) | |
| Defendants. | ) | |

Having reviewed the Stipulation to Consolidate Actions (Dkt. 70, "Stipulation"), in <u>Wesley Alarcio, et al. v. County of Los Angeles, et al.</u>, CV 20-0514 FMO (MRWx) ("<u>Alarcio I</u>"), IT IS ORDERED THAT:

1. The Stipulation **(Document No. 70)** is **granted** as set forth in this Order.

2. <u>Alarcio I</u>, CV 20-0514 FMO (MRWx) and <u>Wesley Alarcio, et al. v. County of Los Angeles, et al.</u>, CV 20-6235 FMO (MRWx) ("<u>Alarcio II</u>") are hereby **consolidated**. The Clerk shall consolidate these actions such that the earlier filed action, <u>Alarcio I</u>, CV 20-0514 FMO (MRWx), is the lead case. All future filings shall be filed in <u>Alarcio I</u>, CV 20-0514 FMO (MRWx).

3. The Clerk shall administratively close <u>Alarcio II</u>, CV 20-6235 FMO (MRWx).

4. Plaintiffs shall file a Consolidated Complaint no later than **October 29, 2020**. Plaintiffs are informed that the court cannot refer to a prior pleading in order to make their Consolidated Complaint complete. Local Rule 15-2 requires that an amended pleading be complete in and of

itself without reference to any prior pleading.  This is because, as a general rule, an amended pleading supersedes the original pleading.  See Ramirez v. Cnty. of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015) ("It is well-established in our circuit that an amended complaint supersedes the original, the latter being treated thereafter as non-existent.  In other words, 'the original pleading no longer performs any function[.]'") (citations and internal quotation marks omitted).

     5.  Defendants shall file their answers or Rule 12 motions pursuant to the Federal Rules of Civil Procedure.

Dated this 15th day of October, 2020.

/s/
Fernando M. Olguin
United States District Judge

2